Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org


*Attorney for Petitioner Joey Terrall Chadwick

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joey Terrall Chadwick,<br><br>        Petitioner,<br><br>    v.<br><br>Ronald Oliver, *et al.*,[1]<br><br>        Respondents. | Case No. 2:25-cv-00711-APG-BNW<br>     ORDER GRANTING<br>**Unopposed Motion to Extend the Time for Paying the Filing Fee or Filing an Application to Proceed *In Forma Pauperis*** |

---

[1] Mr. Chadwick is incarcerated at Southern Desert Correctional Center, where Ronald Oliver is the warden. Pursuant to Fed. R. Civ. P. 25(d), Mr. Chadwick asks this Court to order Mr. Oliver be substituted as the named respondent.

## POINTS AND AUTHORITIES

Mr. Chadwick filed a *pro se* § 2254 petition on April 23, 2025.[2] The next day, this Court appointed counsel and noticed that Mr. Chadwick had not paid the filing fee or filed an application to proceed *in forma pauperis*.[3] After counsel for both parties appeared, this Court entered a scheduling order giving Mr. Chadwick until today to pay the fee or file the application, and gave him until September 5, 2025 to file an amended petition or notice that he would not be filing one.[4]

Mr. Chadwick respectfully asks this Court to extend the deadline for him to pay the filing fee or file an *in forma pauperis* application by 30 days until August 18, 2025. This is Mr. Chadwick's first request.

Counsel has not been able to meet or speak to Mr. Chadwick since making her appearance on May 22, 2025.[5] Counsel traveled for work May 29–30, was out of the office intermittently the week of June 2, 2025 for medical appointments, and traveled for work on June 13, 2025. From June 15–26, 2025, counsel was out of the country. On June 29–30, 2025, counsel was out of state for work, and from July 2–11, 2025, counsel worked intermittently and solely from home following a medical procedure on July 2.

The ability to speak to Mr. Chadwick is limited by NDOC's current schedule, which only allows professional calls and visits every other week, and only on certain days. Counsel has a telephone call scheduled with Mr. Chadwick for July 24, 2025 during a visiting week. Counsel anticipates a clearer understanding of the issue and anticipates this will be the only extension Mr. Chadwick seeks of this deadline.

---

[2] ECF No. 1-1.

[3] ECF No. 3.

[4] ECF No. 6.

[5] *See* ECF No. 5.

By email on July 17, 2025, Deputy Attorney General Christin Greve, counsel for the respondents, confirmed that she does not object to this request.

Dated July 18, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Amelia L. Bizzaro*

Amelia L. Bizzaro
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated:   July 21, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE