# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOEY TERRALL CHADWICK,

                Petitioner,

v.

STATE OF NEVADA, *et al.,*

                Respondents.

Case No.: 2:25-cv-00711-APG-BNW

**Order Lifting Stay and Setting Deadline for Response to Amended Petition**

This habeas corpus action was stayed on September 9, 2025, pending the filing of an amended habeas petition by Petitioner Joey Terrall Chadwick, who is represented by appointed counsel. ECF No. 12. Chadwick filed his amended petition on July 9, 2026. ECF No. 13. I will therefore order the stay lifted and set a schedule for further proceedings.

I order that the stay of this action is lifted. The Clerk of Court is directed to update the docket to reflect this change.

I further order that Respondents will have until and including September 25, 2026, to file an answer or other response to the amended petition. In all other respects, the schedule for further proceedings set forth in the scheduling order entered on May 29, 2025 (ECF No. 6) will remain in effect.

DATED:  July 13, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE