**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOEY TERRALL CHADWICK,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 2:25-cv-00711-APG-BNW

**Order Granting Motion for Extension of Time**

[ECF No. 18]

Respondent has filed an unopposed motion for a 42-day extension of time to file its response to the amended petition. ECF No. 18. This is Respondent's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time **[ECF No. 18] is granted**. Respondent has up to and including November 6, 2026, to file its response.

Dated: September 25, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE